IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLANA HUDSON, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>Defendant. | No. 1:22-cv-01851 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Align Technology, Inc. ("Align") respectfully moves this Court for an extension of time to and including May 16, 2022 to respond to Plaintiff's Class Action Complaint ("Complaint"). In support of its motion, Align states as follows.

1. Plaintiff filed her Complaint on March 4, 2022 in the Circuit Court of Cook County, Illinois, Case No. 2022-CH-01870. *See* Dkt. #1.

2. Align commenced this action on April 8, 2022 by filing a Notice of Removal of Plaintiff's Cook County action. *Id.*

3. Under Federal Rule of Civil Procedure 81(c), Align's response to Plaintiff's Complaint is currently due on April 15, 2022.

4. Align is currently investigating the allegations in the Complaint, but needs additional time to complete its investigation and prepare its response.

5. Counsel for the parties have conferred, and Plaintiff's counsel has no objection to an extension of time to May 16, 2022 for Align to respond to Plaintiff's Complaint.

6. No prior requests for extensions or continuances have been made. This request is made in good faith and not for purposes of delay.

WHEREFORE, Align respectfully requests that the Court grant it an extension of time to and including May 16, 2022 to respond to Plaintiff's Complaint.

Dated: April 8, 2022

Respectfully submitted,

ALIGN TECHNOLOGY, INC.

By: */s/ Melissa A. Siebert*

Melissa A. Siebert (masiebert@shb.com)
Erin Bolan Hines (ehines@shb.com)
Kathleen M. Ryan (kxryan@shb.com)
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Melissa A. Siebert, an attorney, hereby certify that on April 8, 2022, I caused a true and correct copy of UNOPPOSED MOTION FOR EXTENSION OF TIME to be served by electronic mail on counsel of record in this matter, addressed as follows:

>Roberto Luis Costales
>William H. Beaumont
>BEAUMONT COSTALES LLC
>107 W. Van Buren, Suite 209
>Chicago, Illinois 60605
>Tel: (773) 831-8000
>rlc@beaumontcostales.com
>whb@beaumontcostales.com

*Attorneys for Plaintiff*

                                          */s/ Melissa A. Siebert*